**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5463-18

OMAR WILSON,

    Plaintiff-Appellant,

v.

ANGEL R. BECERRIL, NETTY
C. HERNANDEZ, and ANGELO
& SON TRANS CORP.,
MAPFRE/U.S.A. CORP. and
AMERICAN COMMERCE
INSURANCE COMPANY,

    Defendants,

and

OFFICE OF THE ATTORNEY
GENERAL OF NEW JERSEY,

    Intervenor-Respondent.

_____

Submitted April 12, 2021 – Decided May 14, 2021

Before Judges Rothstadt and Mayer.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Docket No. L-3798-16.

Epstein Ostrove, LLC, attorneys for appellant (Daniel N. Epstein, on the briefs).

Gurbir S. Grewal, Attorney General, intervenor for the State of New Jersey (Melissa H. Raksa, Assistant Attorney General, of counsel; Bryan Edward Lucas, Deputy Attorney General, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-5463-18